UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICKOLE ORT,

      Plaintiff,                                Case No. 1:18-cv-674

v.                                                   Hon. Paul L. Maloney

PREFERRED POWER WASH, LLC.,
et al,

      Defendants.
_____/

**ORDER**

Oral argument was scheduled for this date on several discovery motions filed by defendants (ECF Nos. 61, 63 and 65). The Court having been informed that the plaintiff is currently being treated at an in-patient facility and unavailable to prosecute her action, the case is hereby **STAYED** for 30 days, or until **July 18, 2019,** and the motions held in abeyance.

      **IT IS SO ORDERED.**


Dated: June 18, 2019                          /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge